NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEE OTIS BARNETT, III,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2012-3189

---

Petition for review of the Merit Systems Protection Board in case no. DC0432120392-I-1.

---

**ON MOTION**

---

**ORDER**

Lee Otis Barnett, III moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 3 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Lee Otis Barnett, III
    Jeanne E. Davidson, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 3 2012

JAN HORBALY
CLERK